IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Estate of Javier Ambler II, and Michele Beitia as next friend of JAA, minor child, et al.

-vs-

Case No. 1:20-cv-1068

WILLIAMSON COUNTY, TEXAS

FILED
2020 NOV 10 AM 11:56
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## ORDER

BE IT REMEMBERED on this the 10th day of November, 2020, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ___Antonio M. Romanucci___ ("Applicant"), counsel for Estate of Ambler II, Michele and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ___Estate of Ambler II, Michele___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 10th day of November, 2020

_____
UNITED STATES DISTRICT JUDGE