# Exhibit A

Video dated March 28, 2019 from Austin Police Department

(Produced via USB to Court and Plaintiffs)