IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAVIER AMBLER, SR., and MARITZA AMBLER, individually, on behalf of all wrongful death beneficiaries of JAVIER AMBLER, II, on behalf of the ESTATE OF JAVEIR AMBLER, II, and as next friends of J.R.A., a minor child; and MICHELE BEITIA, as next friend of J.A.A., a minor child,<br><br>                              Plaintiffs,<br><br>v.<br><br>WILLIAMSON COUNTY, TEXAS<br><br>                              Defendant. | § § § § § § § § § § § § § § § § § | Civil Action No. 1:20-cv-1068-LY |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMIT IN RESPONSE TO DEFENDANT WILLIAMSON COUNTY'S MOTION TO DISMISS

Plaintiffs respectfully request leave of Court to file a response to Defendant Williamson County's motion to dismiss in excess of the Court's page limit. Plaintiffs seek leave of Court to file a response with text that (exclusive of caption, signatures, certificates, and exhibits) shall not exceed 28 pages. Defendants are unopposed.

The Court's default page limit for a response to dispositive motions is 20 pages. W.D. TEX. CV-7-1(e)(3). Defendant Williamson County filed a motion to dismiss pursuant to Rule 56. Doc. 13. Plaintiffs believe the Court will benefit from discussion of the record and the applicable legal authorities that will slightly exceed the default page limit, in this case where the Plaintiffs allege multiple complex claims.

To the extent necessary, the Plaintiffs respectfully move for leave to file a response in opposition to Defendant Williamson County's motion to dismiss not more than 28 pages in length, excluding the caption, signature block, required certificates, and accompanying documents. Doc. 13.

Respectfully submitted:

| | |
|---|---|
| **EDWARDS LAW** | Ben Crump *(pro hac pending)* |
| 1101 East 11th Street | (Washington, D.C. Bar No. 1552623) |
| Tel.  512-623-7727 | Ben Crump Law |
| Fax.  512-623-7729 | 717 D Street N.W., Suite 310 |
| | Washington, D.C. 20004 |
| By /s/ Jeff Edwards | Phone: 800-859-9999 |
| JEFF EDWARDS | Fax: 800-770-3444 |
| State Bar No. 24014406 | ben@bencrump.com |
| jeff@edwards-law.com | |
| SCOTT MEDLOCK | Antonio M. Romanucci *(pro hac pending)* |
| State Bar No. 24044783 | (Illinois ARDC No. 6190290) |
| scott@edwards-law.com | Bhavani Raveendran *(pro hac pending)* |
| DAVID JAMES | (Illinois ARDC No. 6309968) |
| State Bar No. 24092572 | Ian P. Fallon *(pro hac pending)* |
| david@edwards-law.com | (Illinois ARDC No. 6332303) |
| | **ROMANUCCI & BLANDIN, LLC** |
| **ATTORNEYS FOR PLAINTIFFS JAVIER AMBLER, SR., MARITZA AMBLER, AND J.R.A.** | 321 N. Clark Street, Suite 900 |
| | Chicago, Illinois 60654 |
| | Tel:    (312) 458-1000 |
| | Fax:   (312) 458-1004 |
| | aromanucci@rblaw.net |
| | braveendran@rblaw.net |
| | ifallon@rblaw,net |
| | |
| | **ATTORNEYS FOR PLAINTIFF MICHELE BEITIA, FOR J.A.A.** |

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Western District of Texas.

                    By    /s/ Jeff Edwards
                            Jeff Edwards

## CERTIFICATE OF CONFERENCE

By my signature below, I certify that I conferred with counsel for Defendants and they are not opposed to the relief requested in this motion.

                    By    /s/ Jeff Edwards
                            Jeff Edwards