IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAVIER AMBLER, SR., AND MARITZA AMBLER, INDIVIDUALLY, ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF JAVIER AMBLER, II, AND AS NEXT FRIENDS OF J.R.A., A MINOR CHILD; AND MICHELE BEITIA, AS NEXT FRIEND OF J.A.A., A MINOR CHILD<br>PLAINTIFFS,<br><br>V.<br><br>WILLIAMSON COUNTY, TEXAS,<br>DEFENDANT. | § § § § § § § § § § § § § § § § | CAUSE NO. 1:20-CV-1068-LY |

## ORDER

Before the court in the above-styled and numbered cause is Defendant Williamson County, Texas's (the "County") Motion to Dismiss Plaintiff's Original Complaint filed December 8, 2020 (Doc. #13). On this date, the court granted Plaintiffs' Unopposed Motion for Leave to Amend Complaint filed March 26, 2021 (Doc. #42). The First Amended Complaint is deemed filed by Plaintiffs on March 26, 2021. Accordingly,

**IT IS ORDERED** that the County's motion to dismiss (Doc. #13) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this _29th_ day of March, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE