**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JAVIER AMBLER, SR., and MARITZA** | § | |
| **AMBLER, individually, on behalf of all** | § | |
| **wrongful death beneficiaries of JAVIER** | § | |
| **AMBLER, II, on behalf of the ESTATE OF** | § | |
| **JAVIER AMBLER, II, and as next friends of** | § | |
| **J.R.A., a minor child; and MICHELE BEITIA,** | § | |
| **as next friend of J.A.A., a minor child** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. 1:20-cv-01068LY |
| | § | JURY DEMANDED |
| **WILLIAMSON COUNTY, TEXAS, ROBERT** | § | |
| **CHODY, JAMES "JJ" JOHNSON, ZACHARY** | § | |
| **CAMDEN, MICHAEL NISSEN, CITY OF** | § | |
| **AUSTIN, AND JASON NASSOUR** | § | |
| **Defendants.** | § | |

## PLAINTIFFS' AND DEFENDANTS' JOINT MOTION TO REQUEST HEARING TO APPROVE SETTLEMENT

On December 1, 2021, the Court appointed J. Luke Dow to serve as guardian ad litem for the two minor children receiving settlements in this case, J.R.A., and J.A.A.

On December 14, 2021, Williamson County voted to approve the settlement, which involves structured settlements for the minors and deadlines with which to fund them.

Accordingly, Plaintiffs and Defendants respectfully request a hearing to prove up the settlement for the court. Mr. Dow, the guardian ad litem, has indicated that this would provide him sufficient time to review the settlement and provide his recommendation to the court.

Accordingly to the extent possible, Plaintiffs and Defendants respectfully request a hearing date to prove up to the settlement via video conference on December 21–23, 2021. Alternatively, Plaintiffs and Defendants request the first date on which the Court is available.

Respectfully submitted,

**EDWARDS LAW**

<u>/s/ Jeff Edwards</u>
Jeffrey S. Edwards
Texas Bar No. 24014406
jeff@edwards-law.com
603 W. 17th St
Austin, Texas 78701
(512) 626-7729 – Telephone
(512) 623-7729 – Facsimile
**ATTORNEYS FOR PLAINTIFFS**
**JAVIER AMBLER, SR., MARITZA AMBLER**
**and J.R.A., A MINOR**


**ROMANUCCI & BLANDIN, LLC**

<u>/s/ Antonio Romanucci (with permission JSE)</u>
Antonio M. Romanucci
Illinois ARDC No. 6190290
aromanucci@rblaw.net
Bhavani Raveendran
Illinois ARDC No. 6309968
braveendran@rblaw.net
Ian P. Fallon
ifallon@rblaw.net
Illinois ARDC No. 6332303
321 N. Clark Street, Ste. 900
Chicago, Illinois 60654
(312) 458-1000 – Telephone
(312) 458-1004 – Facsimile
**ATTORNEYS FOR PLAINTIFF**
**MICHELLE BEITIA AS NEXT FRIEND OF**
**J.A.A., A MINOR**

**GERMER PLLC**

/s/ Larry Simmons (with permission JSE)
Larry J. Simmons
Federal No. 18830
Texas Bar No. 00789628
ljsimmons@germer.com
Carmen Jo Rejda-Ponce
Federal No. 1366666
State Bar No. 24079149
crejdaponce@germer.com
2929 Allen Pkwy., Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile


Ben Zinnecker – Of Counsel
State Bar No. 24066504
bzinnecker@germer-austin.com
GERMER BEAMAN & BROWN, PLLC
One Barton Skyway
1501 South Mopac Expy., Suite A-0400
Austin, Texas 78746
(512) 472-0288 – Telephone
(512)472-9260 – Facsimile
**ATTORNEYS FOR DEFENDANT**
**WILLIAMSON COUNTY, TEXAS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JAVIER AMBLER, SR., and MARITZA** | § | |
| **AMBLER, individually, on behalf of all** | § | |
| **wrongful death beneficiaries of JAVIER** | § | |
| **AMBLER, II, on behalf of the ESTATE OF** | § | |
| **JAVIER AMBLER, II, and as next friends of** | § | |
| **J.R.A., a minor child; and MICHELE BEITIA,** | § | |
| **as next friend of J.A.A., a minor child** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:20-cv-0106LY** |
| | § | **JURY DEMANDED** |
| **WILLIAMSON COUNTY, TEXAS, ROBERT** | § | |
| **CHODY, JAMES "JJ" JOHNSON, ZACHARY** | § | |
| **CAMDEN, MICHAEL NISSEN, CITY OF** | § | |
| **AUSTIN, AND JASON NASSOUR** | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

After considering Plaintiffs' and Defendants' Joint Motion Hearing to Approve Settlement, the evidence, all responses and replies, and all applicable law, Requests the Court grants the motion and orders that the Hearing to Approve Settlement will be scheduled for December __, 2021

SIGNED on the _____ day of _____, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE