IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAVIER AMBLER, SR. ET AL., | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-1068-LY |
| | § | |
| WILLIAMSON COUNTY ET AL., | § | |
| DEFENDANTS. | § | |

## ORDER

**IT IS ORDERED** that the stay imposed by this court's order of July 27, 2021 (Doc. #89) is **LIFTED**.

SIGNED this __21st__ day of December, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE