IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAVIER AMBLER, SR., and MARITZA AMBLER, individually, on behalf of all wrongful death beneficiaries of JAVIER AMBLER, II, on behalf of the ESTATE OF JAVIER AMBLER, II, and as next friends of J.R.A., a minor child; and MICHELE BEITIA, as next friend of J.A.A., a minor child<br>         Plaintiffs,<br><br>v.<br><br>WILLIAMSON COUNTY, TEXAS, ROBERT CHODY, JAMES "JJ" JOHNSON, ZACHARY CAMDEN, MICHAEL NISSEN, CITY OF AUSTIN, AND JASON NASSOUR<br>         Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:20-cv-01068LY<br>JURY DEMANDED |

## PLAINTIFFS' PARTIAL MOTION TO DISMISS ONLY DEFENDANTS WILLIAMSON COUNTY, ROBERT CHODY, JAMES "JJ" JOHNSON, ZACHARY CAMDEN, AND JASON NASSOUR

This case concerns the death of Javier Ambler while in the custody of Williamson County deputies and Austin Police Department officer, Michael Nissen.

As Plaintiffs and Defendant Williamson County, Texas have reached a settlement that has been approved by the Court in this matter, Plaintiffs respectfully request that, pursuant to Federal Rule of Civil Procedure 41(a), Defendants Williamson County, Robert Chody, James "JJ" Johnson, Zachary Camden, and Jason Nassour be dismissed with prejudice.

Defendants City of Austin and Michael Nissen will remain in the case as defendants.

**EDWARDS LAW**
603 W. 17th St.
Austin, Texas 78701
Tel. (512) 623-7727
Fax. (512) 623-7729

/s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
jeff@edwards-law.com
MIKE SINGLEY
State Bar No. 00794642
mike@edwards-law.com
DAVID JAMES
State Bar No. 24092572
david@edwards-law.com

**ATTORNEYS FOR PLAINTIFFS JAVIER AMBLER, SR., MARITZA AMBLER and J.R.A., A MINOR**

ROMANUCCI & BLANDIN, LLC

/s/ Antonio Romanucci (with permission JSE)
Antonio M. Romanucci
Illinois ARDC No. 6190290
aromanucci@rblaw.net
Bhavani Raveendran
Illinois ARDC No. 6309968
braveendran@rblaw.net
Ian P. Fallon
ifallon@rblaw.net
Illinois ARDC No. 6332303
321 N. Clark Street, Ste. 900
Chicago, Illinois 60654
(312) 458-1000 – Telephone
(312) 458-1004 – Facsimile
**ATTORNEYS FOR PLAINTIFF MICHELLE BEITIA AS NEXT FRIEND OF J.A.A., A MINOR**

2

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Western District of Texas.

By   /s/ Jeff Edwards
JEFF EDWARDS

## CERTIFICATE OF CONFERENCE

By my signature below, I conferred with counsel for Defendants, and they do not oppose the relief requested in this filing.

By   /s/ Jeff Edwards
JEFF EDWARDS