IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAVIER AMBLER, SR., and MARITZA AMBLER, individually, on behalf of all wrongful death beneficiaries of JAVIER AMBLER, II, on behalf of the ESTATE OF JAVIER AMBLER, II, and as next friends of J.R.A., a minor child; and MICHELE BEITIA, as next friend of J.A.A., a minor child<br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WILLIAMSON COUNTY, TEXAS, ROBERT CHODY, JAMES "JJ" JOHNSON, ZACHARY CAMDEN, MICHAEL NISSEN, CITY OF AUSTIN, AND JASON NASSOUR<br>　　　　　　　　　　　　Defendants. | CIVIL ACTION NO. 1:20-cv-01068LY<br>JURY DEMANDED |

## ORDER

After considering Plaintiffs' Partial Motion to Dismiss only Defendants Williamson County, Robert Chody, James "JJ" Johnson, Zachary Camden, and Jason Nassour, the evidence, all responses and replies, and all applicable law, the Court grants the motion and orders that only Defendants Williamson County, Texas, Robert Chody, James "JJ" Johnson, Zachary Camden, and Jason Nassour are hereby dismissed with prejudice.

SIGNED on the 6th day of January, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE