IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAVIER AMBLER, SR., AND MARITZA AMBLER, INDIVIDUALLY, ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF JAVIER AMBLER, II, ON BEHALF OF THE ESTATE OF JAVIER AMBLER, II, AND AS NEXT FRIENDS OF J.R.A., A MINOR CHILD; AND MICHELE BEITIA, AS NEXT FRIEND OF J.A.A., A MINOR CHILD, PLAINTIFFS, <br><br> V. <br><br> MICHAEL NISSEN AND CITY OF AUSTIN, DEFENDANTS. | § § § § § § § § § § § § § § § § § | CAUSE NO. 1:20-CV-1068-LY |

***UNOPPOSED* JOINT MOTION TO SEVER ALL CLAIMS AGAINST DEFENDANTS WILLIAMSON COUNTY, TEXAS, ROBERT CHODY, JAMES "JJ" JOHNSON, ZACHARY CAMDEN, AND JASON NASSOUR**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Federal Rule of Civil Procedure 21, Defendants WILLIAMSON COUNTY, TEXAS (the "County"), ROBERT CHODY, JAMES "JJ" JOHNSON, ZACHARY CAMDEN, and JASON NASSOUR (collectively, the "County Defendants") jointly file this Motion to Sever all claims and causes of action against them, and, in support thereof, will respectfully show the following:

I. INTRODUCTION

1. This Court has dismissed Plaintiffs' claims against the County Defendants. Although these claims have been dismissed, Plaintiffs' claims against Defendants City of Austin and Michael Nissen remain. Therefore, the County Defendants request that the Court sever the claims and causes of action against them from the claims and causes of action asserted against the other Parties, Defendants City of Austin and Michael Nissen, and assign the severed claims a new

cause number, so that the previously-granted Motion to Dismiss in favor of the County Defendants can become a final judgment.

## II. FACTUAL BACKGROUND

2. Plaintiffs and Defendant Williamson County reached a settlement of this matter that has been approved by the Court after a hearing on December 21, 2021.[1]

3. On January 5, 2022, and pursuit to the settlement agreement, Plaintiffs filed a Partial Motion to Dismiss only Defendants Williamson County, Robert Chody, James "JJ" Johnson, Zachary Camden and Jason Nassour.[2]

4. On January 6, 2022, the Court entered its Order[3] granting Plaintiffs' partial motion. The Court specifically ordered that:

- "…only Defendants Williamson County, Texas, Robert Chody, James "JJ" Johnson, Zachary Camden and Jason Nassour are hereby dismissed with prejudice."

## III. ARGUMENTS & AUTHORITIES

5. Federal Rule of Civil Procedure 21 provides this Court with broad discretion to sever claims. FED. R. CIV. P. 21. ("The court may also sever any claim against a party.").

6. Severance is appropriate here. By severing the claims against the County Defendants, the Court could enter a final judgment, allowing the claims against the County Defendants to be definitively disposed. "Severance under Rule 21 creates two separate actions or suits where previously there was but one. Where a single claim is severed out of a suit, it proceeds as a discrete, independent action, and a court may render a final, appealable judgment in either one of the resulting two actions notwithstanding the continued existence of unresolved claims in the

---

[1] Dkt. No. 105.
[2] Dkt. No. 106.
[3] Dkt. No. 107.

other." *Allied Elevator, Inc. v. E. Tex. State Bank*, 965 F.2d 34, 36 (5th Cir. 1992) (quoting *U.S. v. O'Neil*, 709 F.2d 361, 368 (5th Cir. 1983)). A severance will avoid prejudice to the County Defendants, and also effectuate justice for them. Severance will allow the County Defendants to avoid additional and unnecessary litigation expenses as Plaintiffs' claims against the remaining Defendants proceed.

7. All of the Parties are <u>unopposed</u> to this request.

8. Accordingly, the County Defendants move for severance, not for the purposes of delay, but so that justice may be done.

### IV. PRAYER

Based on the foregoing, Defendants WILLIAMSON COUNTY, ROBERT CHODY, JAMES "JJ" JOHNSON, ZACHARY CAMDEN and JASON NASSOUR pray that the Court sever them from this action, assign the severed claim a new cause number, and grant a final judgment as to them. The County Defendants also pray for any other relief, at law or in equity, to which they are justly entitled.

Respectfully submitted,

*/s/ Rejda Ponce*

**Larry J. Simmons – Attorney-in-Charge**
Texas Bar No. 00789628
Federal I.D. No. 18830
**Carmen Jo Rejda-Ponce – Of Counsel**
Texas Bar No. 24079149
Federal I.D. No. 1366666
**GERMER PLLC**
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 (Telephone)
(713) 739-7420 (Facsimile)
ljsimmons@germer.com
crejdaponce@germer.com

**COUNSEL FOR DEFENDANTS WILLIAMSON COUNTY, TEXAS**

*/s/ D. Randall Montgomery*
**D. Randall Montgomery**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**Alyssa M. Barreneche**
State Bar No. 24040607
*abarreneche@drmlawyers.com*
**D. RANDALL MONTGOMERY &
ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600 (Telephone)
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT
ROBERT CHODY**


*/s/ Gerald Bright*
**Gerald Bright**
State Bar No. 02991720
gerald.bright@wblpc.com
**WALKER BRIGHT, P.C.**
100 N. Central Expressway, Suite 800
Richardson, Texas 75080
(972) 744-0192 (Telephone)
(972) 744-0067 (Facsimile)

**COUNSEL FOR DEFENDANT
JAMES "JJ" JOHNSON**


*/s/ Kevin M. Curley*
**Kevin M. Curley**
kevin@txmunicipallaw.com
State Bar No. 24047314
**MESSER, FORT & MCDONALD, PLLC**
6371 Preston Road, Suite 200
Frisco, Texas 75034
(972) 668-6400 (Telephone)
(972) 668-6414 (Facsimile)

**ATTORNEY FOR DEFENDANT
ZACHARY CAMDEN**

/ s / *Darrell G-M Noga*
**Darrell G-M Noga**
Texas Bar No. 00785326
darrell@brownfoxlaw.com
**Christopher A. Klement**
Texas Bar No. 24090212
chris@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
(214) 327-5000 (Telephone)
(214) 327-5001 (Facsimile)

**ATTORNEYS FOR DEFENDANT
JASON NASSOUR**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for all Parties, and all Parties are unopposed to the relief requested in this Motion.

**Carmen Jo Rejda-Ponce**

## CERTIFICATE OF SERVICE

I certify that on the 18th day of January, 2022, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to all counsel of record pursuant to the Federal Rules of Civil Procedure.

**Carmen Jo Rejda Ponce**

5