DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100040802
Cashier ID: rnieto
Transaction Date: 03/02/2022
Payer Name: EDWARDS, JEFFREY S IOLTA
--------------------------------
TREASURY REGISTRY
 For: JVAUGHN AMBLER
 Case/Party: D-TXW-1-20-CV-001068-001
 Amount:    $13,061.90
--------------------------------
PAPER CHECK
 Check/Money Order Num: 1704
 Amt Tendered: $13,061.90
--------------------------------
Total Due:      $13,061.90
Total Tendered: $13,061.90
Change Amt:     $0.00

PER COURT ORDER DATED 12/21/21
DOCUMENT 105