# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JAVIER AMBLER, SR. and §<br>MARITZA AMBLER, individually, §<br>on behalf of all wrongful death §<br>beneficiaries of JAVIER AMBLER, §<br>II, on behalf of the estate of JAVIER §<br>AMBLER, II, and as next friends of §<br>J.R.A. a minor child; and §<br>MICHELLE BEITIA, as next friend §<br>of J.A.A. a minor child, §<br>           *Plaintiffs* §<br>§<br>   v. §<br>§<br>MICHAEL NISSEN and §<br>CITY OF AUSTIN, §<br>           *Defendants* § | Case No. 1:20-cv-1068-LY |

## ORDER

Before the Court are Plaintiffs' Motion to Compel Responses to Interrogatories and Requests for Production from Defendant City of Austin, filed October 6, 2022 (Dkt. 124); Defendant City of Austin's Response, filed October 20, 2022 (Dkt. 128); and Plaintiffs' Reply, filed October 24, 2022 (Dkt. 129). The District Court referred Plaintiffs' Motion to Compel to the undersigned Magistrate judge for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. 130.

When Plaintiffs filed their Motion to Compel, Defendants had not produced any documents or otherwise responded to Plaintiffs' discovery requests, which were served on August 10, 2022. Dkt. 124 at 4. In their Response, Defendants state that they have begun producing responsive documents and will serve complete responses to Plaintiffs' discovery requests by November 3, 2022. Dkt. 128 at 2.

Accordingly, the Court hereby **ORDERS** the parties to meaningfully confer (by telephone or in person) in a good-faith attempt to resolve the issues raised in Plaintiffs' Motion to Compel and **FILE** a Joint Advisory to the Court **on or before November 17, 2022**. The Joint Advisory must discuss the parties' conference, inform the Court what issues raised in Plaintiffs' Motion to Compel have been resolved, identify any remaining disputed issues requiring resolution by the Court, and briefly set forth the parties' respective positions on each outstanding issue.

After considering the Joint Advisory, the Court will determine whether a hearing is necessary to address any issues the parties cannot resolve without Court intervention.

**SIGNED** on November 1, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE