# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **JAVIER AMBLER, SR. and MARITZA AMBLER, individually, on behalf of all wrongful death beneficiaries of JAVIER AMBLER, II, on behalf of the estate of JAVIER AMBLER, II, and as next friends of J.R.A. a minor child; and MICHELLE BEITIA, as next friend of J.A.A. a minor child,** *Plaintiffs* <br><br> v. <br><br> **MICHAEL NISSEN and CITY OF AUSTIN,** *Defendants* | § § § § § § § § § § § § § § § § § <br><br> Case No. 1:20-cv-1068-LY |

## ORDER

Before the Court are Ambler Plaintiffs' Second Motion to Compel Responses to Requests for Production from Defendant City of Austin, filed December 20, 2022 (Dkt. 143), and Defendant City of Austin's Response, filed December 28, 2022 (Dkt. 146).[1]

The Court hereby **ORDERS** the parties to appear for a hearing on Plaintiffs' Second Motion to Compel on **January 13, 2023 at 10 a.m.** in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

**SIGNED** on January 4, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 21, 2022, the District Court referred all pending and future nondispositive and dispositive motions in this case to the undersigned Magistrate Judge for resolution or Report and Recommendation, respectively, pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and Rule 1 of Appendix C to the Local Rules of the United States District Court for the Western District of Texas, as amended. Dkt. 144.