UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Javier Ambler, Sr., individually, on behalf of all wrongful death beneficiaries of Javier Ambler, II, on behalf of the Estate of Javier Ambler, II, and as next friends of J.R.A., a minor child; Maritza Ambler, individually, on behalf of all wrongful death beneficiaries of Javier Ambler, II, on behalf of the Estate of Javier Ambler, II, and as next friends of J.R.A., a minor child; Michelle Beitia, as next friend J.A.A., a minor child; Javier Ambler, II, Estate of Javier Ambler, II,<br>    *Plaintiffs*,<br><br>v.<br><br>Michael Nissen and City of Austin,<br>    *Defendants*. | § § § § § § § § § § § § § § § § § § § § § | Case No. 1:20-CV-01068-ADA |

**ORDER**

The Court previously stayed this case until June 16, 2025. Defendant Michael Nissen has since notified the Court that the reason for the stay—allowing him time to file a Petition for a Writ of Certiorari—no longer exists because the Supreme Court denied his petition. Accordingly, the Court **ORDERS** that the stay in this matter is **LIFTED**.

**SIGNED** on May 17, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE