IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAVIER AMBLER, Sr., et al. | § | |
|                Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-cv-01068-ADA |
| | § | JURY DEMANDED |
| MICHAEL NISSEN AND CITY OF AUSTIN, | § | |
| | § | |
|                Defendants. | § | |

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the Court **ORDERS** that the following schedule will govern the deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| March 23, 2026 | Limited Discovery Deadline. Any discovery requests must be propounded so that the responses are due by this date. Any supplements to any discovery must be disclosed by this date.<br><br>Discovery is limited to the following:<br><br>• Disclosure by Plaintiffs of videos previously disclosed by the City of Austin in the matter of *Johnson v. City of Austin, et al.*, No. 1:22-cv-01050 (W.D. Tex.) as to APD cases 2019-0098, 2017-0127, 2016-0248, 2015-0362, 2018-0399, 2016-0600, 2017-0948, 2015-0798, 2017-1233, and 2010-1444.<br><br>• Deposition of fmr. Deputy James "JJ" Johnson<br><br>• Deposition of fmr. Deputy Zachary Camden<br><br>Plaintiffs intend to seek leave to conduct additional limited discovery including the deposition of former Sheriff Mike Gleason through the discovery dispute process. Defendants are opposed. |
| March 30, 2026 | By this date the parties shall meet and confer to determine pre-trial deadlines, including, *inter alia*, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. |

1

| Date | Event |
|---|---|
| April 13, 2026 | By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. |
| April 27, 2026 | By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. By this date the parties shall also submit to the Court their Motions in Limine. |
| May 11, 2026 | By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. |
| May 29, 2026, at 2:00 PM | Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. |
| June 22, 2026 | The Court will attempt to schedule Jury Selection on a day during this week. |
| June 29, 2026 | Jury Trial Commences at 9:00 AM. |

SIGNED on October 24, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE